IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALMA ROSA INFANTE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF HASTINGS, NEBRASKA, ADAMS COUNTY, NEBRASKA, THE STATE OF NEBASKA, JOHN AND JANE DOE(S) 1 THROUGH 10, RICK SCHMIDT, RAELEE VAN WINKLE, JERRY ESCH, MICHAEL DOREMUS, KELLY SCARLETT, ALLEN DEDLAK, and ALYSON KEISER ROUDEBUSH,<br><br>　　　　　　Defendants. | 4:17CV3163<br><br>ORDER |

This matter is before the court on the plaintiff's notice of dismissal of her claims against defendant Adams County, Nebraska, including any Adams County John or Jane Doe. Filing No. 18. The dismissal renders Adams County's Motion to dismiss moot. Filing No. 9.

This action was removed from state court under 28 U.S.C. § 1446(b). All named defendants consented to the removal. Defendant Alyson Keiser Roudebush was not served and was dismissed without prejudice by operation of law in state court under Neb. Rev. Stat. § 25-217 (Reissue 2016). Accordingly,

IT IS ORDERED:

1. Defendant Adams County's motion to dismiss (Filing No. 9) is denied as moot.

2. Pursuant to the plaintiff's Notice of Dismissal (Filing No. 18), the plaintiff's claims against defendants Adams County, Nebraska, and Adams County John or Jane Does are dismissed.

3. The Clerk of court is directed to dismiss defendant Alyson Keiser Roudebush on the docket.

Dated this 25th day of January, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge