IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALMA ROSA INFANTE,<br><br>                   Plaintiff,<br><br>      v.<br><br>THE CITY OF HASTINGS, NEBRASKA, THE STATE OF NEBASKA, RICK SCHMIDT, RAELEE VAN WINKLE, JERRY ESCH, MICHAEL DOREMUS, KELLY SCARLETT, and ALLEN DEDLAK,<br><br>                   Defendants. | 4:17CV3163<br><br>ORDER |

This matter is before the court on the plaintiff's notice of dismissal of her claims against Defendant State of Nebraska, including any State of Nebraska John or Jane Doe, Filing No. 22. The dismissal renders Defendants John and Jane Does 1 through 10's and the State of Nebraska's motion to dismiss moot. Filing No. 14.

Accordingly,

IT IS ORDERED:

     1.    Defendants John and Jane Does 1 through 10's and the State of Nebraska's motion to dismiss (Filing No. 14) is denied as moot.

     2.    Pursuant to the plaintiff's Notice of Dismissal (Filing No. 22), the plaintiff's claims against defendants John and Jane Doe 1 through 10 and the State of Nebraska are dismissed.

  Dated this 4th day of April, 2018.

                                                       BY THE COURT:

                                                       s/ Joseph F. Bataillon
                                                       Senior United States District Judge